*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California

UNITED STATES OF AMERICA

    v.                                      Docket No.    CR12-00919-GW

Jose Luis Payan

      On November 25, 2013, the above named was placed on supervised release for a period of 60 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

                                                           Respectfully submitted,

                                                           /S/   DEVIN TRAM
                                                           U.S. Probation Officer

ORDER OF COURT

      Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   **3rd**   Day of   **March**   , 20 **20**.

United States District Judge